**No. 62356.**—Pollak Industrial Corp. *v.* United States, protests 218842–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C. D. 1991), the claim of the plaintiff was sustained.